| IP Address | P2PClient | HitDateUTC | File Name | ISP | State | City | County |
|---|---|---|---|---|---|---|---|
| 50.89.150.43 | BitTorrent 7.4.1 | 04/27/2013 05:20:24 PM | The Company You Keep (2012) [1080p] | Bright House Networks | Florida | Winter Park | Orange |

**EXHIBIT A**
Company-4-163

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

---

## Title

**Title of Work:** The Company You Keep
**Nature of Work:** Motion Picture

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** TCYK, LLC
  **Author Created:** Producer of Motion Picture
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** TCYK, LLC
6360 Deep Dell Pl, Los Angeles, CA, 90068
**Transfer Statement:** By Written Agreement

## Limitation of copyright claim

**Material excluded from this claim:** A Novel; A Screenplay
**Previously registered:** No
**Previous registration and year:** PAu 3 578-816    2011
**Basis of current registration:** This is a changed version of the work.
**New material included in claim:** Added Principal Photography, Music, Effects, Etc.

## Certification

**Name:** Nicholas Chartier
**Date:** October 17, 2012

**EXHIBIT B**    Page 1 of 2

**Registration #:** PAU003660935
**Service Request #:** 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048