**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TCYK, LLC,**

      **Plaintiff,**

                                  **CASE NO.:  6:13-cv-01347-ACC-GJK**

**v.**

**DOE 163,**

      **Defendant.**

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

> *TCYK, LLC v. Doe 24*,
> Case No. 2:13-cv-00643-SPC-DNF (Middle District of Florida)
> *TCYK, LLC v. Doe 25*,
> Case No. 6:13-cv-01346-ACC-DAB (Middle District of Florida)
> *TCYK, LLC v. Doe 30*,
> Case No. 8:13-cv-02209-MSS-EAJ (Middle District of Florida)
> *TCYK, LLC v. Doe 62*,
> Case No. 8:13-cv-02210-VMC-TGW (Middle District of Florida)
> *TCYK, LLC v. Doe 180*,
> Case No. 8:13-cv-02211-MSS-MAP (Middle District of Florida)
> *TCYK, LLC v. Doe 193*,
> Case No. 8:13-cv-02212-SDM-TGW (Middle District of Florida)

_____ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Company 4-163

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2013, a true and accurate copy of the foregoing was electronically filed with the Court. As the individual Defendant has not yet been identified, a copy has not been provided to him/her at this time. A copy of the foregoing will be provided to Defendant at such time as he/she is identified and served.

                                                s/ Richard E. Fee
                                                Richard E. Fee
                                                Florida Bar No. 813680
                                                IP ENFORCEMENT LAW GROUP P.A.
                                                1227 N. Franklin Street
                                                Tampa, Florida 33602
                                                (813) 490-6050
                                                (813) 490-6051 (Facsimile)
                                                rfee@IPEnforcementLaw.com

                                                Trial Counsel for Plaintiff,
                                                TCYK, LLC